| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MAURICE WUTSCHER, LLP<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ  08822<br>(908) 237-4550<br>Attorneys for Creditor REGIONAL ACCEPTANCE CORPORATION<br>Thomas R. Dominczyk | Chapter 13<br><br>Case Number: 14-19074-KCF<br><br>**Order Filed on November 10, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br>     RUSSELL T. CLARKE | JUDGE:<br>Honorable Kathryn C. Ferguson |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: November 10, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor: RUSSELL T. CLARKE
Case No. 14-19074-KCF
Caption of Order: Order Vacating Stay

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, REGIONAL ACCEPTANCE CORPORATION, under Bankruptcy Code section 362 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day:

1.  **ORDERED** that the automatic stay is vacated to permit the movant to pursue the movant's rights in the collateral described below.

2.  **ORDERED** the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
2010 Infiniti G37, VIN: JN1CV6AR3AM450995