| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br><small>Caption in Compliance with D.N.J. LBR 9004-2(c)</small><br>MAURICE WUTSCHER, LLP<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ  08822<br>(908) 237-4550<br>Attorneys for Creditor REGIONAL<br>ACCEPTANCE CORPORATION<br>Thomas R. Dominczyk | Chapter 13<br><br>Case Number: 14-19074-KCF<br><br>**Order Filed on November 10, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br>       RUSSELL T. CLARKE | JUDGE:<br>Honorable Kathryn C. Ferguson |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: November 10, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor: RUSSELL T. CLARKE
Case No. 14-19074-KCF
Caption of Order: Order Vacating Stay

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, REGIONAL ACCEPTANCE CORPORATION, under Bankruptcy Code section 362 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day:

**1.**     **ORDERED** that the automatic stay is vacated to permit the movant to pursue the movant's rights in the collateral described below.

**2.**     **ORDERED** the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
2010 Infiniti G37, VIN: JN1CV6AR3AM450995

United States Bankruptcy Court
District of New Jersey

In re:  
Russell T. Clarke  
    Debtor

Case No. 14-19074-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 10, 2016  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.  
db        #+Russell T. Clarke,   55 East Burgess Dr,   Piscataway, NJ 08854-6659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:  
        Albert   Russo   docs@russotrustee.com  
        Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, NA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Karen B. Olson   on behalf of Creditor   WELLS FARGO BANK, N.A. kbo@kkelaw.com, nmm@kkelaw.com  
        Steven J. Abelson   on behalf of Debtor Russell T. Clarke sjaesq@atrbklaw.com, atrbk1@gmail.com  
        Thomas R. Dominczyk   on behalf of Creditor   Regional Acceptance Corp. tdominczyk@mauricewutscher.com

        TOTAL: 6