UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Russell T. Clarke

Case No.: 14-19074
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

On 2/10/17, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on March 28, 2017 at 11 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 27 Buttonwood Dr., Somerset, NJ 08873 - $325,000

Liens on property: $310,000

Amount of equity claimed as exempt: $15,000

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Ave., Red Bank, NJ 07701
Telephone No.: (732) 383-7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 14-19074-KCF
Russell T. Clarke                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                 Page 1 of 2                  Date Rcvd: Feb 14, 2017
                               Form ID: pdf905             Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
```
db             #+Russell T. Clarke,    55 East Burgess Dr,    Piscataway, NJ 08854-6659
514832752      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514766453       Apollo Group,    d/b/a/ University of Phoenix,    4616 E. Elwood Street,    Phoenix, AZ 85040
514766455     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998)
514766456      +Bill Me Later,    P.O. Box 2394,    Omaha, NE 68103-2394
514766457      +Capital One,    Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
514905677       Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
514766458      +Charter One,    P.O. Box 18204,    Bridgeport, CT 06601-3204
514833608      +Charter One Bank, N.A.,    443 Jefferson Boulevard,    RJW-135,    Warwick, RI 02886-1321
514766459      +Citi Cards,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
514766460      +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
514766461      +Comcast of Somerset,    100 Randolph St,    Somerset, NJ 08873-1384
514766462      +Convergent Outsourcing,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
514787596      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
514766466      +Gess Gess & Scanlon,    89 Hudson St, 3rd Fl,    Hoboken, NJ 07030-5644
514766469      +Lyons, Doughty & Veldhuis,     P.O. Box 1269,    Mount Laurel, NJ 08054-7269
514766470      +Macy’s,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
514766471      +Malcolm S. Gerald and Associates,     332 S. Michigan Ave, Ste 600,    Chicago, IL 60604-4318
514766473      +Midco Residential Services,    11 Harmich Road,    South Plainfield, NJ 07080-4804
514766475      +Northland Group,    P.O. Box 390846,    Minneapolis, MN 55439-0846
514766476      +PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
516591504      +Premier Urology Associates,    3131 Prineton Pike Office Park,    Bldg 4,
                 Lawrenceville, NJ 08648-2201
514783599      +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
514766480      +RBS Citizens Bank,    RJW214,    P.O. Box 7000,    Providence, RI 02940-7000
514766478      +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza, Bldg One,    Wall, NJ 07719-9020
516591505      +Raritan Bay Medical Center,    530 New Brunswick Avenue,    Perth Amboy, NJ 08861-3685
514766484      +Schrum Plumbing & Heating,    361 Somerset St,    New Brunswick, NJ 08901-2250
514766485      +Security Credit Services,    2623 W. Oxford Loop,    Oxford, MS 38655-5442
516591503      +Southern Bank Emerg Physicians,    PO Box 37794,    Philadelphia, PA 19101-5094
516591507      +St Peters University Hopsital,    Attn Business Office,    254 Easton Avenue,
                 New Brunswick, NJ 08901-1766
514766487      +US Dept of Education/GLELSI,    Direct Loans,    P.O. Box 530260,    Atlanta, GA 30353-0260
516591508       Universtiy Radiology Group,    pO box 1075,    East Brunswick, NJ  08816-1075
514766488      +Viking,    c/o Transworld Systems,    P.O. Box 17221,    Wilmington, DE 19850-7221
514766489      +Wells Fargo Bank,    P.O. Box 84712,    Sioux Falls, SD 57118-4712
515014551      +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
514766491      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
514766492      +Xtreme Fitness,    c/o ASF International,    Dept #291,    Denver, CO 80281-0001
514766493     #+Zucker, Goldberg & Ackerman,    P.O. Box 1024,    Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2017 23:07:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2017 23:07:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514766452       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 14 2017 23:08:07      American Honda Finance,
                 P.O. Box 166469,    Irving, TX 75016
514774335       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 14 2017 23:08:07
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
514766454      +E-mail/Text: legal@arsnational.com Feb 14 2017 23:07:40      ARS National Services,
                 P.O. Box 469046,    Escondido, CA 92046-9046
514781564       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2017 23:15:04
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
514843024       E-mail/PDF: rmscedi@recoverycorp.com Feb 14 2017 23:06:02      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
514815661       E-mail/PDF: rmscedi@recoverycorp.com Feb 14 2017 23:06:32      Capital Recovery V, LLC,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
514766464      +E-mail/Text: data_processing@fin-rec.com Feb 14 2017 23:07:38      Financial Recovery,
                 P.O. Box 385908,    Minneapolis, MN 55438-5908
514796792      +E-mail/Text: cio.bncmail@irs.gov Feb 14 2017 23:07:23      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
514766468      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2017 23:06:19      LVNV Funding,
                 P.O. Box 10497,    Greenville, SC 29603-0497
514994508       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2017 23:06:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of Soaring Capital, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-3            User: admin             Page 2 of 2                 Date Rcvd: Feb 14, 2017
                                Form ID: pdf905         Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514766467      +E-mail/Text: bankruptcy@affglo.com Feb 14 2017 23:07:58     Leading Edge Recovery,
                5440 N. Cumberland Ave, Ste 300,   Chicago, IL 60656-1486
514766472      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 14 2017 23:07:52    MCM,   8875 Aero Dr, Ste 200,
                San Diego, CA 92123-2255
514766474      +E-mail/Text: cd@musicarts.com Feb 14 2017 23:08:27     Music & Arts,    4626 Wedgewood Blvd,
                Frederick, MD 21703-7159
514837113      +E-mail/Text: bankruptcy@pseg.com Feb 14 2017 23:07:00     PSE&G,   PO Box 490,
                Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
514766483      +E-mail/Text: Supportservices@receivablesperformance.com Feb 14 2017 23:08:43     RPM,
                P.O. Box 1548,   Lynnwood, WA 98046-1548
516591506      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 14 2017 23:06:03     Regional Acceptance Corp,
                Bankr Dept,    266 Beacon Drive,    Winterville, NC 28590-7924
514766481      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 14 2017 23:06:03     Regional Acceptance Corp,
                Bankruptcy Dept,    266 Beacon Drive,   Winterville, NC 28590-7924
514814098       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 14 2017 23:06:03     Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
514766482      +E-mail/Text: info@reliant-cap.com Feb 14 2017 23:08:29     Reliant Capital Solutions,
                P.O. Box 30469,   Columbus, OH 43230-0469
514766486      +E-mail/Text: bnc@alltran.com Feb 14 2017 23:07:03     United Recovery Systems,
                5800 North Course Drive,   Houston, TX 77072-1613
                                                                                               TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514766463*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:   FIA Card Services,    P.O. Box 982235,   El Paso, TX 79998)
514766477*     +PSE&G*,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
514783600*     +RBS Citizens,    443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
514783826*     +RBS Citizens,    443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
514766465     ##+FMS Inc,   P.O. Box 707601,   Tulsa, OK 74170-7601
514766479     ##+Raymour & Flanigan,    c/o Wells Fargo Bank,    P.O. Box 10475,   Des Moines, IA 50306-0475
514766490     ##+Wells Fargo Financial,    P.O. Box 10475,   Des Moines, IA 50306-0475
                                                                                      TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
          Albert   Russo   (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
          Karen B. Olson    on behalf of Creditor   WELLS FARGO BANK, N.A. kbo@kkmllp.com,   nmm@kkmllp.com
          Steven J. Abelson    on behalf of Debtor Russell T. Clarke sjaesq@atrbklaw.com,   atrbk1@gmail.com
          Thomas R. Dominczyk    on behalf of Creditor    Regional Acceptance Corp.
           tdominczyk@mauricewutscher.com
                                                                                               TOTAL: 6
```