| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>Robert A. Rich (RR 4892)<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 309-1132<br>rrich2@hunton.com<br><br>*Attorneys for RBS Citizens* |

**Order Filed on March 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

RUSSELL T CLARKE

                Debtor(s).

Case No.:  14-19074

Chapter:  7

Honorable Chief Judge Kathryn C. Ferguson

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: March 24, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by *RBS Citizens* and regarding the Proof of Claim filed at Proof of Claim No. 3-1, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order, and it is hereby

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Russell T. Clarke  
    Debtor

Case No. 14-19074-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 24, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.  
db          +Russell T. Clarke,    55 East Burgess Dr,    Piscataway, NJ 08854-6659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:  
        Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com  
        Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, NA  
         bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
        John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com  
        Karen B. Olson   on behalf of Creditor    WELLS FARGO BANK, N.A. kbo@kkmllp.com,  nmm@kkmllp.com  
        Robert A. Rich   on behalf of Creditor    RBS Citizens rrich2@hunton.com  
        Steven J. Abelson   on behalf of Debtor Russell T. Clarke sjaesq@atrbklaw.com,  atrbk1@gmail.com  
        Thomas R. Dominczyk   on behalf of Creditor   Regional Acceptance Corp.  
         tdominczyk@mauricewutscher.com  
                                                                                                                              TOTAL: 7